The People of the State of Illinois, defendant in error, v. Joseph R. Wile, plaintiff in error.  Gen. No. 30,856.
Prosecution for drawing, etc., check with intent to defraud.  Judgment of conviction.  Error to the Municipal Court of Chicago; the Hon. H. G. Immenhausen, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Reversed.  Opinion filed October 11, 1926.
W. G. Anderson, for plaintiff in error.  Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

---

Martha Hydeman, appellee, v. James Walsh et al., appellants.  Gen. No. 30,914.
Action for negligent injury to property.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Reversed and remanded.  Opinion filed October 11, 1926.
Joseph H. Hinshaw, for appellants.  Moss & King, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

Siebold Schaeffer Company, appellee, v. McNeil & Higgins Company et al., appellants.  Gen. No. 30,939.
Action for breach of contract.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Reversed and remanded.  Opinion filed October 11, 1926.
Charles Hudson and Mayer, Meyer, Austrian & Platt, for appellants.  Lewis, Adler, Lederer & Kahn, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

Charles T. Kramer, appellee, v. George Halleck Taylor, appellant.  Gen. No. 30,985.
Action for interest due upon certain notes.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1926.  Affirmed.  Opinion filed October 11, 1926.
Charles E. Green, Anson H. Brown and Lawrence A. Rice, for appellant.  Oren W. Coler, for appellee.
Mr. Justice Matchett delivered the opinion of the court.